UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PEARLIE MARIE BREAZELL,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 1:24-cv-01592-EPG

ORDER REVERSING AND REMANDING CASE FOR FURTHER PROCEEDINGS

(ECF Nos. 1, 14, 21).

On October 21, 2025, the Court issued findings and recommendations, recommending that the decision of the Commissioner of the Social Security Administration be reversed, and this matter be remanded for further proceedings, so that the ALJ may sufficiently determine the RFC, including obtaining a medical opinion in connection with formulating the RFC. (ECF No. 21, pp. 6-7). This decision stemmed from the Court's conclusion that the ALJ improperly interpreted certain evidence that "exceeded the ALJ's lay expertise and required a medical opinion to interpret and assess work limitations for the RFC" and such error was not harmless. (*Id.* at 5).

Defendant filed objections to the findings and recommendations, and Plaintiff responded to the objections. (ECF No. 22, 23).

Thereafter, both parties consented to the undersigned handling the case, and this case was reassigned to the undersigned on April 7, 2026, "for all further proceedings, including trial and

1

entry of judgment." (ECF No. 25, p. 1).

As this case is now before the undersigned for a final disposition, the Court will, for the reasons stated in its October 21, 2025 findings and recommendations, reverse and remand for further proceedings. (*See* ECF No. 21).

In so doing, the Court acknowledges that Defendant argues in the objections that "[t]he ALJ reasonably relied upon the medical records and other evidence in formulating the RFC and its limitations without resort to a medical expert concerning any particular medical records," and in any event, there was no harmful error. (ECF No. 22, pp. 7, 8-9). However, the Court already rejected these and similar arguments in issuing the findings and recommendations. (*See* ECF No. 21, pp. 3-5; ECF No. 17, pp. 17-20).

Accordingly, for the reasons stated in the October 21, 2025 findings and recommendations, IT IS ORDERED that:

1. The decision of the Commissioner of the Social Security Administration is reversed.

2. The matter is remanded for further proceedings so that the ALJ may sufficiently determine the RFC, including obtaining a medical opinion in connection with formulating the RFC.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and to close this case.

IT IS SO ORDERED.

Dated:   **April 7, 2026**                    /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE

2